

# Fourth Court of Appeals
## San Antonio, Texas

June 1, 2016

No. 04-15-00488-CV

**CITY OF LEON VALLEY ECONOMIC DEVELOPMENT CORP.,**
Appellant

v.

Larry **LITTLE**,
Appellee

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2011-CI-17823
Honorable Antonia Arteaga, Judge Presiding

# O R D E R

The Appellant's Unopposed First Motion for Extension of Time to File Reply Brief is GRANTED. The appellant's reply brief is due on June 20, 2016.

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of June, 2016.

_____
Keith E. Hottle
Clerk of Court